IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Helem, Loretta | Case Number: 08 B 00038 |
| | Judge: Goldgar, A. Benjamin |
| Printed: 5/6/08 | Filed: 1/2/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: March 11, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 888.00 | |
| Secured: | | 131.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 7.48 |
| Other Funds: | | 749.52 |
| Totals: | 888.00 | 888.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Midfirst Bank | Secured | 0.00 | 0.00 |
| 2. | Corporate America Family CU | Secured | 0.00 | 0.00 |
| 3. | Corporate America Family CU | Secured | 0.00 | 0.00 |
| 4. | Illinois Title Loans | Secured | 0.00 | 0.00 |
| 5. | Credit Union One | Secured | 0.00 | 0.00 |
| 6. | Corporate America Family CU | Secured | 0.00 | 0.00 |
| 7. | Corporate America Family CU | Secured | 0.00 | 0.00 |
| 8. | Corporate America Family CU | Secured | 7,304.53 | 131.00 |
| 9. | City Of Chicago | Secured | 525.00 | 0.00 |
| 10. | Credit Union One | Secured | 2,838.00 | 0.00 |
| 11. | Option One Mortgage Corp | Secured | 8,700.00 | 0.00 |
| 12. | Midfirst Bank | Secured | 9,984.70 | 0.00 |
| 13. | Corporate America Family CU | Secured | 2,237.00 | 0.00 |
| 14. | Corporate America Family CU | Unsecured | 0.00 | 0.00 |
| 15. | Resurgent Capital Services | Unsecured | 170.62 | 0.00 |
| 16. | Peoples Energy Corp | Unsecured | 237.60 | 0.00 |
| 17. | Capital One | Unsecured | 98.56 | 0.00 |
| 18. | B-Real LLC | Unsecured | 43.72 | 0.00 |
| 19. | Commonwealth Edison | Unsecured | 31.52 | 0.00 |
| 20. | Illinois Title Loans | Unsecured | 95.23 | 0.00 |
| 21. | John Stroger Hospital | Unsecured | | No Claim Filed |
| 22. | HSBC Bank USA | Unsecured | | No Claim Filed |
| 23. | Menards | Unsecured | | No Claim Filed |
| 24. | Peoples Energy Corp | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Helem, Loretta | Case Number:  08 B 00038 |
| | Judge:  Goldgar, A. Benjamin |
| Printed:  5/6/08 | Filed:  1/2/08 |

```
                              _____        _____
                              $ 32,266.48        $ 131.00
```

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 7.48 |

```
                                _____
                                 $ 7.48
```

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____